IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD JAMES SPENCE,<br><br>Defendant. | CR 25–38–M–DLC<br><br>ORDER |

Before the Court is the United States of America's Motion for Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b). (Doc. 32.) Defendant Donald Spence has been adjudged guilty as charged in Count 1 of the Indictment and has admitted to its forfeiture allegation. (Docs. 31, 34.) Spence's guilty plea provides a factual basis and cause to issue a preliminary order of forfeiture under 18 U.S.C. § 924(d) for such violation.

Accordingly, IT IS ORDERED that the motion (Doc. 32) is GRANTED:

IT IS FURTHER ORDERED that Donald Spence's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Ruger Model SR40C, .40 caliber pistol (S/N: 34317903); and
- Any associated accessories and ammunition, including approximately 12 rounds of assorted .40 caliber ammunition.

IT IS FURTHER ORDERED that the United States Marshals Service, the Bureau of Alcohol, Tobacco, Firearms & Explosives, and/or a designated sub-custodian, are directed to seize the property subject to forfeiture and further to make a return as provided by law;

IT IS FURTHER ORDERED that the United States will provide written notice to any third parties with a potential legal interest in any of the above-described property, and will also post notice on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, of the Court's Preliminary Order of Forfeiture and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed; and

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 3rd day of February, 2026.

_____
Dana L. Christensen, District Judge
United States District Court