IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD JAMES SPENCE,<br><br>Defendant. | CR 25-38-M-DLC<br><br>FINAL ORDER OF FORFEITURE |

Before the Court is the United States of America's unopposed motion for final order of forfeiture (Doc. 38).  Having reviewed said motion, the Court finds:

1. The United States commenced forfeiture in this action pursuant to 18 U.S.C. § 924(d).

2. A preliminary order of forfeiture was entered on February 3, 2026, that forfeited the Defendant's interest.  (Doc. 35.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6).  (Doc. 36.)

4. It appears there is cause to issue a final order of forfeiture for the property listed within this order under 18 U.S.C. § 924(d), and Fed. R. Crim. P. 32.2(c)(2).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1.      The motion for final order of forfeiture (Doc. 38) is GRANTED.

2.      The following property is finally forfeited to the United States

pursuant to 18 U.S.C. § 924(d), free from the claims of any other party, the

following property:

- Ruger Model SR40C, .40 caliber pistol (S/N: 34317903); and
- Any associated accessories and ammunition, including approximately 12 rounds of assorted .40 caliber ammunition.

3.      The United States has full and legal title to the forfeited property and

may dispose of it in accordance with law.

DATED this 15th day of April, 2026.

_Dana L. Christensen_

Dana L. Christensen, District Judge
United States District Court

2