Shandor S. Badaruddin
SHANDOR S. BADARUDDIN, PC
736 South Third Street West
Missoula, Montana 59801
Telephone: 406-728-6868
Facsimile: 406-728-7722
Email: shandor@shandorlaw.com
tricia@shandorlaw.com

*CJA Attorney for Defendant Donald James Spence*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD JAMES SPENCE,<br><br>Defendant. | CASE NO: CR 25-38-DLC<br><br>**MOTION TO CORRECT SENTENCE PURSUANT TO RULE 35(a)** |

Comes now, the Defendant, by and through counsel, pursuant to L.R. CR 47.1 and Fed.R.Crim.P. 47 and 35(a), and files a Motion to Correct a Sentence. In support of this Motion, Defendant shows as follows:

1. Pursuant to L.R. CR 47.1(a), counsel for the Defendant states he contacted counsel for the Government and the Government is not opposed to the filing of this Motion but is opposed to the relief requested in this motion;

2. Pursuant to Fed.R.Crim.P. 47(b), Defendant states this Motion is based on the following grounds:
    a. Fed.R.Crim.P. 35(a);
    b. 18 U.S.C. 3585(c)(1)(B);
3. Pursuant to Fed.R.Crim.P. 47(b), Defendant states this Motion requests the following relief:
    a. That he receive a sentence based on correct information. His current sentence was based on a finding that he was under supervision in Montana Fourth Judicial District Court Case No. DC-24-629 at the time of his relevant conduct, however he was not under supervision in that case or any other during the time encompassed by his relevant conduct;
    b. Defendant submits a sentence based on the correct information would result in a shorter term of imprisonment than was imposed.
4. As required by L.R. CR 47.2(a), this motion is accompanied by a brief, filed separate and at the same time as this motion.

WHEREFORE, Defendant, for the reasons set forth in his accompanying brief and for such other good cause as the Court may determine, requests the Court enter an order consistent with the relief requested above.

Dated this 28th day of May, 2026.

/s/ Shandor S. Badaruddin

______________________________
Shandor S. Badaruddin

*CJA Attorney for Defendant Donald James Spence*