IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  25–38–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DONALD JAMES SPENCE, | |
| Defendant. | |

On August 27, 2025, Defendant Donald James Spence was charged with being a prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). (Doc. 2.) On January 14, 2026, Spence pled guilty to this charge. (Doc. 27.) On May 19, 2026, Spence was sentenced to 32 months of imprisonment and a three-year term of supervised release. (Doc. 45.) On May 28, 2026, Spence moved to correct his sentence pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure.[1] (Doc. 48.) Spence argues that because he "was not under criminal supervision or a sentence of supervision . . . at the time of the relevant conduct in the case for which he was sentenced," his sentence was "based on an erroneous finding" and "a sentence of *less* than 32 months is sufficient but not greater than necessary." (*Id.* at 1, 4.) His motion is denied.

---

[1] In his motion, Spence states that the government "is not opposed to the filing of this [m]otion but is opposed to the relief requested in this motion." (Doc. 48 at 1.)

1

Rule 35(a) provides that "[w]ithin 14 days after sentencing, the court may correct a sentence that resulted from arithmetical, technical, or other clear error." No such error is present here. Even if Spence is correct that he was not under a criminal justice sentence and should not have received any status points under USSG §4A1.1(e), (*but see* PSR ¶¶ 46, 48), his criminal history category, and therefore his Guideline calculation, would remain same. Considering the complete sentencing record, Spence's sentence would be no different.

Accordingly, IT IS ORDERED that Spence's motion, (Doc. 48), is DENIED.

DATED this 1st day of June, 2026.

Dana L. Christensen, District Judge
United States District Court

2